**NOT FOR PUBLICATION**

# In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 26-10708
Non-Argument Calendar

————————————

BRANDON A. ROWELL,

*Plaintiff-Appellant,*

*versus*

METROPOLITAN LIFE INSURANCE COMPANY,

*Defendant-Appellee.*

————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:25-cv-05378-MLB

————————————

Before JILL PRYOR, LAGOA, and KIDD, Circuit Judges.

PER CURIAM:

Brandon Rowell, proceeding pro se, filed a notice of appeal on March 3, 2026.

2                              Opinion of the Court                              26-10708

A jurisdictional question ("JQ") asked the parties to address which order(s) the notice of appeal sought to appeal from, the nature of our jurisdiction to review those orders, and whether the notice of appeal was timely as to those orders. The appellee did not appear in the action or file a response to the JQ.

Upon review of the record and Rowell's response to the JQ, we conclude that Rowell sought to appeal the magistrate judge's February 24, 2026 report and recommendation ("R&R") recommending that the action be dismissed.

The R&R was not final when Rowell filed his notice of appeal because it did not end the litigation on the merits, and the district court has not adopted it. *See CSX Transp., Inc. v. City of Garden City*, 235 F.3d 1325, 1327 (11th Cir. 2000) (explaining that a final judgment leaves nothing for the district court to do but execute the judgment); *Perez-Priego v. Alachua Cnty. Clerk of Ct.*, 148 F.3d 1272, 1273 (11th Cir. 1998) (holding that a magistrate judge's recommendation that has not been adopted by the district court is not final and immediately appealable).

Accordingly, this appeal is DISMISSED for lack of jurisdiction. All pending motions are DENIED as moot.